# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BARRY RENFORD COOLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | No. CV 09-03886-GW (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a _de novo_ review of the "Appeal of Petitioner's Denial of Writ of California State Habeas Corpus" and the First Amended Petition ("First Amended Petition"), all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered dismissing the First Amended Petition with prejudice.

DATED: January 22, 2010

　　　　　　　　　　　　　　　　　_/s/ George H. Wu_
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE