# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BARRY RENFORD COOLEY, | No. CV 09-03886-GW (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the First Amended with prejudice,

**IT IS ADJUDGED** that the First Amended Petition is dismissed with prejudice.

DATED: January 22, 2010

GEORGE H. WU
UNITED STATES DISTRICT JUDGE